UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH C. HEDSPETH, III, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | **JUDGMENT**<br><br>No. 2:11-CV-38-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 12, 2012, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted. The decision of the commissioner is upheld and this matter is dismissed.

**This Judgment Filed and Entered on September 12, 2012, and Copies To:**

Lawrence Wittenberg (via CM/ECF Notice of Electronic Filing)
Jay C. Hinsley (via CM/ECF Notice of Electronic Filing)
Marc D. Epstein (via CM/ECF Notice of Electronic Filing)

September 12, 2012  JULIE A. RICHARDS, CLERK
  /s/ Christa N. Baker
  (By) Christa N. Baker, Deputy Clerk